IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DOUGLAS COX**<br><br>                    Plaintiff<br><br>    v.<br><br>**CENTRAL INTELLIGENCE AGENCY, ET AL.**<br><br>                    Defendants. | Civil Action No. 17-cv-1337 (PKC)(SMG) |

### PLAINTIFF'S STATUS REPORT

1.      Plaintiff respectfully submits this brief status report to confirm that he received a first release of records earlier today, as described in Defendants' Status Report.  Plaintiff is grateful to defendants for their time and effort in searching for, and reviewing, records responsive to his requests.  Plaintiff also confirms that defendants' counsel has conferred with him and kept him up to date on the progress of defendants' ongoing searches and reviews.

2.      Plaintiff also is providing copies of the FOIA requests referenced in Defendant's Status Report in the event the Court should wish to consult them.  Attached is plaintiff's NARA FOIA Request No. 1, dated Feb. 19, 2010 (Exhibit A); plaintiff's NARA FOIA Requests Nos. 2 and 3, which are identical in substance, dated May 19, 2016 and Nov. 22, 2016, respectively (Exhibit B); plaintiff's CIA FOIA Request No. 1, dated May 19, 2016 (Exhibit C); and plaintiff's CIA FOIA Request No. 2, dated Nov. 22, 2016 (Exhibit D).

Respectfully submitted,

Douglas Cox
City University of New York School of Law
Two Court Square
Long Island City, NY 11101
(718) 340-4241
douglas.cox@law.cuny.edu

*Plaintiff*

Dated:  July 13, 2017

## CERTIFICATE OF SERVICE

      I hereby certify that on July 13, 2017, I electronically transmitted the foregoing to the clerk of the court for the United States District Court for the Eastern District of New York using the CM/ECF filing system.

      Douglas Cox
City University of New York School of Law
Two Court Square
Long Island City, NY 11101
(718) 340-4241
douglas.cox@law.cuny.edu

2