# EXHIBIT A
## FOIA REQUEST TO NARA No. 1

Freedom of Information Act Officer
National Archives
8601 Adelphi Road
Room 3110
College Park, MD 20740-6001

February 19, 2010

Dear FOIA Officer:

This is a request under the Freedom of Information Act.

I request that a copy of the following documents be provided to me:

(1) Any response (including any exhibits) by NARA or the Archivist of the United States to a letter dated Dec. 11, 2007 from Rep. Henry A. Waxman, Chairman, Committee on Oversight and Government Reform, U.S. House of Representatives, to Allen Weinstein, Archivist of the United States. A copy of the letter, which relates to the issue of the destruction of videotapes by the Central Intelligence Agency ("CIA") as it relates to the federal records laws, is available at http://www.fas.org/irp/congress/2007_cr/waxman121107.pdf

(2) Any subsequent correspondence between Rep. Waxman, or another representative of the House Committee on Oversight and Government Reform, and NARA on the same issue.

The following requests (3)-(6) may be duplicative of material in request (1) above:

(3) A copy of CIA Records Schedules N1-263-85-1 and N1-263-87-2. Both schedules were referenced and described, in part, in NARA's 2000 Evaluation "Records Management in the Central Intelligence Agency" available in redacted form at http://www.fas.org/sgp/othergov/naracia.html

(4) A copy of CIA Regulation entitled "Creation of Agency Records" issued in February 1997 that is described in NARA's 2000 Evaluation "Records Management in the Central Intelligence Agency" in "Chapter I: Overall Records Management: Training"

(5) A copy of CIA Regulation "Information and Records Management Program" dated February 1995 that is described in NARA's 2000 Evaluation "Records Management in the Central Intelligence Agency" in "Chapter I: Overall Records Management: Program Objectives and Responsibilities"

(6) A copy of the CIA Directorate of Operations instruction entitled "Information and Records" dated May 1985 that is described in NARA's 2000 Evaluation "Records Management in the Central Intelligence Agency" in "Chapter I: Overall Records Management: Program Objectives and Responsibilities"

If I can be of any assistance in clarifying these requests, please do not hesitate to contact me.

In order to help to determine my status to assess fees, I am a law librarian and Associate Professor at the City University of New York School of Law and I am seeking these documents for research purposes and, for the avoidance of any doubt, not for any commercial use.

I am willing to pay fees for this request up to a maximum of $50.00. If you estimate that the fees will exceed this limit, please inform me first.

Thank you for your consideration of this request.  I sincerely appreciate your time and assistance.

Sincerely,

Doug

Douglas Cox
International Law Librarian
Associate Professor
City University of New York School of Law
65-21 Main Street
Flushing, NY 11367
718-340-4241
douglas.cox@mail.law.cuny.edu