# EXHIBIT B
# FOIA REQUESTS TO NARA
# Nos. 2, 3

# The City University of New York

## CUNY SCHOOL OF LAW

**Douglas Cox**
Associate Professor
douglas.cox@law.cuny.edu

(718) 340-4241 Tel
(718) 340-4276 Fax

Two Court Square
New York, NY 11101



**VIA EMAIL**

Freedom of Information Act Officer
National Archives
8601 Adelphi Road
Room 3110
College Park, MD 20740-6001

May 19, 2016

Dear FOIA Officer:

This is a request under the Freedom of Information Act.

I request that a copy of the following documents be provided to me (preferably electronic copies via email):

*(1) Any records of correspondence or communications between NARA and the Central Intelligence Agency relating to the destruction of the Senate Select Committee on Intelligence Report on the CIA's Interrogation and Rendition Program by the CIA Office of Inspector General described in the May 16, 2016 article by Michael Isikoff, "Senate Report on CIA Torture is One Step Closer to Disappearing," Yahoo News, available here: http://yhoo.it/1ZWg9DI*

I understand that it is possible that such correspondence – if it is anticipated – may not have been sent yet. I would respectfully request that this request be ongoing in order to capture the sending of that letter. In the alternative, I will send a new request at regular intervals to try to capture this record.

*(2) Any records of correspondence or communications between NARA and the Central Intelligence Agency relating to the potential destruction of CIA records described in the January 31, 2016 article by Greg Miller and Adam Goldman, " 'Eyewash': How the CIA Deceives its Workforce About Operations" Washington Post, available here: http://wapo.st/1KQaNC4.*

In particular, the article describes both the dissemination of deliberately inaccurate information in agency records as well as the allegation, citing unnamed intelligence officials, that agency records identifying such inaccurate information were "removed from the system."

## CUNY SCHOOL OF LAW 2

*(3) Any records of correspondence or communications between NARA and the Central Intelligence Agency relating to the destruction of the interrogation videotapes (including any exhibits, attachments, or accompanying reports)* <u>*following the Nov. 18, 2010 letter from Paul Wester at NARA to Joseph Lambert at the CIA*</u>.

I made the same request in March 2013 and it disclosed no subsequent correspondence, but I simply want to update that for any additional correspondence.

———

If I can be of any assistance in clarifying any of these requests, please do not hesitate to contact me.

In order to help to determine my status to assess fees, I am an associate professor at the City University of New York School of Law and I am seeking these documents for research purposes and, for the avoidance of any doubt, not for any commercial use.

I am willing to pay fees for this request up to a maximum of $50.00. If you estimate that the fees will exceed this limit, please inform me first.

Thank you for your consideration of this request. I sincerely appreciate your time and assistance.

Sincerely,

*/s/ Douglas Cox*

917-558-0562 (mobile)
douglas.cox@law.cuny.edu

The City University of New York

CUNY SCHOOL OF LAW

**Douglas Cox**
Law Library Professor           (718) 340-4241  Tel          Two Court Square
douglas.cox@law.cuny.edu        (718) 340-4276  Fax          New York, NY 11101



**VIA EMAIL**

Freedom of Information Act Officer
National Archives
8601 Adelphi Road
Room 3110
College Park, MD 20740-6001

November 22, 2016

Dear FOIA Officer:

This is a request under the Freedom of Information Act.

I request that a copy of the following documents be provided to me (preferably electronic copies via email):

*(1) Any records of correspondence or communications between NARA and the Central Intelligence Agency relating to the destruction of the Senate Select Committee on Intelligence Report on the CIA's Interrogation and Rendition Program by the CIA Office of Inspector General described in the May 16, 2016 article by Michael Isikoff, "Senate Report on CIA Torture is One Step Closer to Disappearing," Yahoo News, available here: http://yhoo.it/1ZWg9DI*

**PLEASE NOTE**: **This request is identical one I made on May 19, 2016 in request assigned tracking number NARA-NGC-2016-000533. I am submitting this new request just to ensure it captures any more recent correspondence since my earlier request.**

*(2) Any records of correspondence or communications between NARA and the Central Intelligence Agency relating to the potential destruction of CIA records described in the January 31, 2016 article by Greg Miller and Adam Goldman, " 'Eyewash': How the CIA Deceives its Workforce About Operations" Washington Post, available here: http://wapo.st/1KQaNC4.*

**PLEASE NOTE**: **This request is identical one I made on May 19, 2016 in request assigned tracking number NARA-NGC-2016-000533. I am submitting this new request just to ensure it captures any more recent correspondence since my earlier request.**

*(3) Any records of correspondence or communications between NARA and the Central Intelligence Agency relating to the destruction of the interrogation videotapes (including any exhibits, attachments, or accompanying reports) <u>following the Nov. 18, 2010 letter from Paul Wester at NARA to Joseph Lambert at the CIA</u>.*

**PLEASE NOTE**: **This request is identical one I made on May 19, 2016 in request assigned tracking number NARA-NGC-2016-000533. I am submitting this new request just to ensure it captures any more recent correspondence since my earlier request.**

————

If I can be of any assistance in clarifying any of these requests, please do not hesitate to contact me.

In order to help to determine my status to assess fees, I am an associate professor at the City University of New York School of Law and I am seeking these documents for research purposes and, for the avoidance of any doubt, not for any commercial use.

I am willing to pay fees for this request up to a maximum of $50.00. If you estimate that the fees will exceed this limit, please inform me first.

Thank you for your consideration of this request. I sincerely appreciate your time and assistance.

Sincerely,

*/s/ Douglas Cox*

917-558-0562 (mobile)
douglas.cox@law.cuny.edu